# EXHIBIT B

**Patent Claims Analysis**

**of**

**US9280689: "Method and apparatus for conducting offline commerce transactions"**

**against**

**Jamba**

# US9280689B2

United States

Inventor          Marvin T. Ling

Current Assignee  Individual

---

Worldwide applications

2011  WO ~~EP~~ US

---

| PCT/US11/47862 | Claims priority from a provisional application | 61/385,022 | 09/21/2010 |
|---|---|---|---|

Total patentTerm Adjustments

arrow_upward

101days

---

CLAIMS

1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising:

(a) providing a personal code to a person for their use to purchase goods;

(b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode;

(c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor;

(d) establishing a User Account in a User Vendor Management Server corresponding to said personal code;

(e) depositing funds in said User Account to establish a credit limit;

(f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server;

(g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server;

(h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server;

(i) forwarding the approval signal to the vendor cash register; and

(i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode.

| Row | Claim Element | Contention |
|-----|---------------|------------|
| 1.0 | 1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising: | *Jamba* has a method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register.<br><br><br><br><https://www.jamba.com/> 2024-04-16 |

| | | |
|---|---|---|
| | | ## Dictionary<br>Definitions from Oxford Languages · <u>Learn more</u><br><br>🔊 ## trans·ac·tion<br>/tranˈzakSHən,tran(t)ˈsakSHən/<br><br>*noun*<br>noun: **transaction**; plural noun: **transactions**<br><br>• an instance of buying or selling something; a business deal.<br> "in an ordinary commercial transaction a delivery date is essential"<br> Similar: ⬭ deal  ⬭ business  ⬭ agreement  ⬭ undertaking  ⬭ affair  ⬭ arrangement  ⬭ ⌄<br>• the action of conducting business.<br> Similar: ⬭ negotiation  ⬭ conduct  ⬭ conducting  ⬭ carrying out  ⬭ performance  ⬭ ⌄<br>• an exchange or interaction between people.<br> "intellectual transactions in the classroom"<br>• published reports of proceedings at the meetings of a learned society.<br> Similar: ⬭ proceedings  ⬭ affairs  ⬭ concerns  ⬭ dealings  ⬭ matters  ⬭ activities  ⬭ ⌄<br>• an input message to a computer system that must be dealt with as a single unit of work.<br><br><*<u>https://www.google.com/search?q=transaction+define</u>*> *@ 2025* |
| 1.1 | (a) providing a personal code to a person for their use to purchase goods; | *(a) providing a* **personal code** *[79b228b78f96e33902f8060a04d41841bf046652PUNCHH"]* *to a person for their use to* **purchase goods** *["purchasing Jamba Products"].*<br><br>**For example, Jamba** *gives a person a unique digital code —* **79b228b78f96e33902f8060a04d41841bf046652PUNCHH** *— that the person can use* **to buy Jamba products.** |
| | | ***personal code***<br><br>***PUNCHHBAhJIiY5MjUwNjczODpuYWRpYS5yYWhtYW45M0B5YWhvby5jb20GOgZFRg==--79b228b78f96e33902f8060a04d41841bf046652PUNCHH***<br><br><*<u>https://play.google.com/store/apps/details?id=com.olo.jambajuice&referrer=utm_source%3DKochava%26utm_medium%3DappButtons%26utm_campaign%3DRewardsPage%26utm_term%3D%26utm_content%3D%26</u>*> |
| | | ***purchase goods***<br><br>B.  Jamba reserves the right to remove Points from any account that has not had a Transaction in 12 months. A Transaction is defined as <u>purchasing Jamba Products</u> (excluding gift cards) via the Jamba Rewards Account. |

<table>
<tr><td></td><td></td><td>&lt;<em>https://www.jamba.com/legal#rewards-terms</em>&gt;</td></tr>
<tr>
<td>1.2</td>
<td>(b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode;</td>
<td>

*(b) converting said **personal code** **<span style="color:red">[79b228b78f96e33902f8060a04d41841bf046652PUNCHH"]</span>** into barcode format to form a **User ID Barcode** **<span style="color:red">[SEE IMAGE of barcode]</span>**, said **User ID Barcode** **<span style="color:red">[SEE IMAGE of barcode]</span>** corresponding to said **personal code** **<span style="color:red">[79b228b78f96e33902f8060a04d41841bf046652PUNCHH"]</span>** and including at least one **special character** **<span style="color:red">[DIFFERENT CODES, "P"]</span>** to distinguish the barcode as a **User ID Barcode** **<span style="color:red">[SEE IMAGE of barcode]</span>** from a **product barcode** **<span style="color:red">[SEE IMAGE of barcode]</span>**.*

***For example, Jamba** converts the digital code **79b228b78f96e33902f8060a04d41841bf046652PUNCHH** into a **barcode format** to create a **User ID Barcode.***
*This **User ID Barcode** represents the same digital code but contains **a different identifying element (P)** to clearly distinguish it from a **product barcode** used on items for sale.*

**personal code**

<span style="color:red">**PUNCHHBAhJIiY5MjUwNjczODpuYWRpcYS5yYWhtYW45M0B5YWhvby5jb20GOgZZFRg ==--79b228b78f96e33902f8060a04d41841bf046652PUNCHH**</span>

</td>
</tr>
</table>

<*https://play.google.com/store/apps/details?id=com.olo.jambajuice&referrer=utm_sour
ce%3DKochava%26utm_medium%3DappButtons%26utm_campaign%3DRewardsPage
%26utm_term%3D%26utm_content%3D%26*>

*User ID Barcode*



<*https://play.google.com/store/apps/details?id=com.olo.jambajuice&referrer=utm_sour
ce%3DKochava%26utm_medium%3DappButtons%26utm_campaign%3DRewardsPage
%26utm_term%3D%26utm_content%3D%26*>

*special character*

*PUNCHHBAhJIiY5MjUwNjczODpuYWRpYS5yYWhtYW45M0B5YWhvby5jb20GOgZFRg
==--79b228b78f96e33902f8060a04d41841bf046652PUNCHH*

<*https://play.google.com/store/apps/details?id=com.olo.jambajuice&referrer=utm_sour*

| | | |
|---|---|---|
| | | *ce%3DKochava%26utm_medium%3DappButtons%26utm_campaign%3DRewardsPage%26utm_term%3D%26utm_content%3D%26>* |
| | | ***product barcode***<br><br><br><br>*<https://www.google.com/imgres?q=jamba%20%C2%A0barcode&imgurl=https%3A%2F%2Fm.media-amazon.com%2Fimages%2FI%2F714jpALnn9L._UF894%2C1000_QL80_.jpg&imgrefurl=https%3A%2F%2Fwww.amazon.com.au%2Fjamba-Strawberry-Rider-Flavored-Snacks%2Fdp%2FB0DBMRKZ88&docid=Lm_NUkRiVKvy9M&tbnid=pRfVNwLmNrtFfM&vet=12ahUKEwipndaV2ZqQAxU7CTQIHRDIOpwQM3oECBkQAA..i&w=894&h=894&hcb=2&itg=1&ved=2ahUKEwipndaV2ZqQAxU7CTQIHRDIOpwQM3oECBkQAA>* |
| 1.3 | (c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server | *(c) storing said* **personal code** *<span style="color:red">[79b228b78f96e33902f8060a04d41841bf046652PUNCHH"]</span> in said* **User ID Barcode** *<span style="color:red">[SEE IMAGE of barcode]</span> format by said person for use to* **purchase goods** *<span style="color:red">["purchasing Jamba Products"]</span> and storing said* **personal code** *<span style="color:red">[79b228b78f96e33902f8060a04d41841bf046652PUNCHH"]</span> in a* **User Vendor** |

| | | |
|---|---|---|
| | to permit purchases to be made at a vendor; | ***Management Server ["SERVER(S)"]*** *to permit purchases to be made at a vendor.*<br><br>***For example, Jamba*** *allows the person to* **store the code** *(79b228b78f96e33902f8060a04d41841bf046652PUNCHH)* **in the form of a User ID Barcode** *on their device so it can be used to* **buy Jamba products.**<br>*At the same time,* **Jamba also stores this same code on its servers***, so that purchases can be verified and processed electronically when the person buys products from a Jamba vendor.* |
| | | ***personal code***<br><br><span style="color:red">**PUNCHHBAhJIiY5MjUwNjczODpuYWRpYS5yYWhtYW45M0B5YWhvby5jb20GOgZFRg==--79b228b78f96e33902f8060a04d41841bf046652PUNCHH**</span><br><br>*<https://play.google.com/store/apps/details?id=com.olo.jambajuice&referrer=utm_source%3DKochava%26utm_medium%3DappButtons%26utm_campaign%3DRewardsPage%26utm_term%3D%26utm_content%3D%26>* |
| | | ***User ID Barcode*** |



*<https://play.google.com/store/apps/details?id=com.olo.jambajuice&referrer=utm_source%3DKochava%26utm_medium%3DappButtons%26utm_campaign%3DRewardsPage%26utm_term%3D%26utm_content%3D26>*

*purchase goods*

    B.  Jamba reserves the right to remove Points from any account that has not had a Transaction in 12 months. A Transaction is defined as purchasing Jamba Products (excluding gift cards) via the Jamba Rewards Account.

*<https://www.jamba.com/legal#rewards-terms>*

***User Vendor Management Server***

| | | |
|---|---|---|
| | | WE PROVIDE THE JAMBA ONLINE SERVICES "AS IS" WITHOUT WARRANTY OF ANY KIND AND WE DISCLAIM ALL WARRANTIES, WHETHER EXPRESS OR IMPLIED. FOR EXAMPLE, (I) JAMBA DISCLAIMS ALL WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE; (II) JAMBA NEITHER WARRANTS NOR REPRESENTS THAT YOUR USE OF MATERIALS DISPLAYED ON THE SITES AND APPS WILL NOT INFRINGE THE RIGHTS OF THIRD PARTIES; (III) JAMBA DOES NOT WARRANT THAT THE FUNCTIONS CONTAINED IN THE MATERIAL WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT THE SITES AND APPS OR THE <u>SERVER(S)</u> THAT MAKE THEM AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS; AND (IV) JAMBA DOES NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OF OR THE RESULT OF THE USE OF THE MATERIAL IN THE SITES AND APPS IN TERMS OF THEIR CORRECTNESS, ACCURACY, RELIABILITY, OR OTHERWISE. YOU (AND NOT JAMBA) ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR, OR CORRECTION. THE DISCLAIMERS IN THESE TERMS OF USE APPLY TO THE MAXIMUM EXTENT PERMITTED BY LAW. IF YOU HAVE STATUTORY RIGHTS OR WARRANTIES WE CANNOT DISCLAIM, THE DURATION OF ANY SUCH STATUTORILY REQUIRED RIGHTS OR WARRANTIES WILL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW.<br><br>*<https://www.jamba.com/legal>* |
| 1.4 | (d) establishing a User Account in a User Vendor Management Server corresponding to said personal code; | *(d) establishing a* **User Account** **["Jamba Rewards Account"]** *in a* **User Vendor Management Server** **["SERVER(S)"]** *corresponding to said* **personal code [79b228b78f96e33902f8060a04d41841bf046652PUNCHH"]**.<br><br>***For example, Jamba*** *sets up a* **Jamba Rewards Account** *on its* **servers***, and this account is* **linked to the unique code***(79b228b78f96e33902f8060a04d41841bf046652PUNCHH).*<br><br>*User Account*<br>B.  Jamba reserves the right to remove Points from any account that has not had a Transaction in 12 months. A Transaction is defined as purchasing Jamba Products (excluding gift cards) via the <u>Jamba Rewards Account</u>.<br><br>*<https://www.jamba.com/legal#rewards-terms>* |

| | | |
|---|---|---|
| | | ***User Vendor Management Server***<br><br>WE PROVIDE THE JAMBA ONLINE SERVICES "AS IS" WITHOUT WARRANTY OF ANY KIND AND WE DISCLAIM ALL WARRANTIES, WHETHER EXPRESS OR IMPLIED. FOR EXAMPLE, (I) JAMBA DISCLAIMS ALL WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE; (II) JAMBA NEITHER WARRANTS NOR REPRESENTS THAT YOUR USE OF MATERIALS DISPLAYED ON THE SITES AND APPS WILL NOT INFRINGE THE RIGHTS OF THIRD PARTIES; (III) JAMBA DOES NOT WARRANT THAT THE FUNCTIONS CONTAINED IN THE MATERIAL WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT THE SITES AND APPS OR THE <u>SERVER(S)</u> THAT MAKE THEM AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS; AND (IV) JAMBA DOES NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OF OR THE RESULT OF THE USE OF THE MATERIAL IN THE SITES AND APPS IN TERMS OF THEIR CORRECTNESS, ACCURACY, RELIABILITY, OR OTHERWISE. YOU (AND NOT JAMBA) ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR, OR CORRECTION. THE DISCLAIMERS IN THESE TERMS OF USE APPLY TO THE MAXIMUM EXTENT PERMITTED BY LAW. IF YOU HAVE STATUTORY RIGHTS OR WARRANTIES WE CANNOT DISCLAIM, THE DURATION OF ANY SUCH STATUTORILY REQUIRED RIGHTS OR WARRANTIES WILL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW.<br><br>*<https://www.jamba.com/legal>* |
| | | ***personal code***<br><br>***PUNCHHBAhJIiY5MjUwNjczODpuYWRpYS5yYWhtYW45M0B5YWhvby5jb20GOgZFRg==--79b228b78f96e33902f8060a04d41841bf046652PUNCHH***<br><br>*<https://play.google.com/store/apps/details?id=com.olo.jambajuice&referrer=utm_source%3DKochava%26utm_medium%3DappButtons%26utm_campaign%3DRewardsPage%26utm_term%3D%26utm_content%3D%26>* |
| 1.5 | (e) depositing funds in said User Account to establish a credit limit; | *(e)* **depositing funds** **["ACCRUED POINTS AND REWARDS"]** *in said* **User Account ["Jamba Rewards Account"]** *to establish a* **credit limit** **["POINTS AND REWARDS ARE CREDITS"]**.<br><br>**For example, Jamba** *records* **accumulated points and rewards** *in the* **Jamba** |

***Rewards Account***, and these **points and rewards act as credits** that can be used by the account holder.

***User Account***

    B.  Jamba reserves the right to remove Points from any account that has not had a Transaction in 12 months. A Transaction is defined as purchasing Jamba Products (excluding gift cards) via the <u>Jamba Rewards Account</u>.

<*https://www.jamba.com/legal#rewards-terms*>

***depositing funds***

<u>ACCRUED POINTS AND REWARDS</u> DO NOT CONSTITUTE PROPERTY OF A MEMBER AND HAVE NO VALUE OUTSIDE OF THE PROGRAM. POINTS AND REWARDS ARE CREDITS THAT JAMBA MAY REVOKE AT ANY TIME AS SET FORTH HEREIN. POINTS AND REWARDS ARE NOT TRANSFERABLE UPON DEATH, AS PART OF A DOMESTIC RELATIONS MATTER OR OTHERWISE. Each Member is responsible for ensuring that the information in the Member's Account is accurate and is kept current. If a Member believes that the Member's Account does not properly reflect Points or Rewards earned from engaging in any activities, the Member must contact Jamba to resolve the issue. Any attempt by any person to undermine the legitimate operation of the Program may be a violation of criminal and civil law, and, should such an attempt be made, Jamba reserves the right to seek damages from any such person to the fullest extent permitted by law. Jamba's failure to enforce any of these Jamba Rewards Terms shall not constitute a waiver of the affected provision, or any other provision. All questions or disputes regarding an individual's eligibility for the Program, the earning, crediting or use of Points or Rewards, or a Member's compliance with these Jamba Rewards Terms will be resolved by Jamba in its sole discretion.

<*https://www.jamba.com/legal#rewards-terms*>

***credit limit***

| | | |
|---|---|---|
| | | ACCRUED POINTS AND REWARDS DO NOT CONSTITUTE PROPERTY OF A MEMBER AND HAVE NO VALUE OUTSIDE OF THE PROGRAM. POINTS AND REWARDS ARE CREDITS THAT JAMBA MAY REVOKE AT ANY TIME AS SET FORTH HEREIN. POINTS AND REWARDS ARE NOT TRANSFERABLE UPON DEATH, AS PART OF A DOMESTIC RELATIONS MATTER OR OTHERWISE. Each Member is responsible for ensuring that the information in the Member's Account is accurate and is kept current. If a Member believes that the Member's Account does not properly reflect Points or Rewards earned from engaging in any activities, the Member must contact Jamba to resolve the issue. Any attempt by any person to undermine the legitimate operation of the Program may be a violation of criminal and civil law, and, should such an attempt be made, Jamba reserves the right to seek damages from any such person to the fullest extent permitted by law. Jamba's failure to enforce any of these Jamba Rewards Terms shall not constitute a waiver of the affected provision, or any other provision. All questions or disputes regarding an individual's eligibility for the Program, the earning, crediting or use of Points or Rewards, or a Member's compliance with these Jamba Rewards Terms will be resolved by Jamba in its sole discretion.<br><br><*https://www.jamba.com/legal#rewards-terms*> |
| 1.6 | (f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server; | *(f) conducting purchases at vendors each having a **vendor server ["SERVER(S)"]** wherein each purchase includes scanning **product barcode [SEE IMAGE of barcode]**s including **product price ["$7.19", "$8.69"]** and said **User ID Barcode [SEE IMAGE of barcode]** with a **product barcode [SEE IMAGE of barcode] scanner ["scan the bar code", SEE IMAGE of scanner]** at the **vendor cash register ["scan the bar code", SEE IMAGE of cash register]** and transmitting both **product barcode [SEE IMAGE of barcode]**s and **User ID Barcode [SEE IMAGE of barcode]** to said **vendor server ["SERVER(S)"]**.*<br><br>***For example, Jamba** allows purchases at vendors, each of which has a **server**.*<br><br>• *During each purchase, the **cash register scans both the product barcodes** (for example, $7.19, $8.69) **and the customer's User ID Barcode**.*<br>• *The scanned information — both product details and the User ID — is then **sent to Jamba's server** to process the transaction.*<br><br>***product price*** |



it's back

**pumpkin smash**
$7.19  ·  290-575 cal

limited time

**pumpkin pie crunch**
$8.69  ·  470-855 cal

<*https://www.jamba.com/menu#smoothies*>

*User ID Barcode*



<https://play.google.com/store/apps/details?id=com.olo.jambajuice&referrer=utm_source%3DKochava%26utm_medium%3DappButtons%26utm_campaign%3DRewardsPage%26utm_term%3D%26utm_content%3D%26>

*product barcode*



<https://www.google.com/imgres?q=jamba%20%C2%A0barcode&imgurl=https%3A%2F%2Fm.media-amazon.com%2Fimages%2FI%2F714jpALnn9L._UF894%2C1000_QL80_.jpg&imgrefurl=https%3A%2F%2Fwww.amazon.com.au%2FJamba-Strawberry-Rider-Flavored-Snacks%2Fdp%2FB0DBMRKZ88&docid=Lm_NUkRiVKvy9M&tbnid=pRfVNwLmNrtFfM&vet=12ahUKEwipndaV2ZqQAxU7CTQIHRDIOpwQM3oECBkQAA..i&w=894&h=894&hcb=2&itg=1&ved=2ahUKEwipndaV2ZqQAxU7CTQIHRDIOpwQM3oECBkQAA>

*scanner*

Members can earn Points by visiting participating Jamba retail stores in the United States and purchasing Jamba products or by placing an order via the App or the Website at participating Jamba's retail stores in the United States on dine-in, carry-out, or delivery, or catering pick-up (excluding the purchase or reloading of gift cards). Members will receive a certain number of "Points" for each U.S. dollar spent on Jamba Products (pre-taxes and fees, after applicable discounts, including Groupon or any other third party programs, rounded down to the nearest dollar), except during limited time promotions when Jamba may offer "Bonus Points" on featured products and/or services. No partial Points will be earned for purchase amounts less than one (1) U.S. dollar. You cannot earn points on orders placed through third-party delivery providers, such as UberEats or DoorDash. Points can only be earned twice in a one (1) hour period. Points are automatically added to a Member's account when purchase is completed via the App or the Website after signing in to the account. To earn Points for in-retail store purchases you can: (a) manually enter or scan the bar code on the receipt from your purchase with the built-in scanner in the App within seven (7) days of the purchase, (b) scan the QR code on your smartphone at the time of purchase with the scanner at the check-out counter, or (c) request the cashier look up your account via the phone number you used to sign up for the Program.

<*https://www.jamba.com/legal#rewards-terms*>

*vendor cash register*

| | | |
|---|---|---|
| | | Members can earn Points by visiting participating Jamba retail stores in the United States and purchasing Jamba products or by placing an order via the App or the Website at participating Jamba's retail stores in the United States on dine-in, carry-out, or delivery, or catering pick-up (excluding the purchase or reloading of gift cards). Members will receive a certain number of "Points" for each U.S. dollar spent on Jamba Products (pre-taxes and fees, after applicable discounts, including Groupon or any other third party programs, rounded down to the nearest dollar), except during limited time promotions when Jamba may offer "Bonus Points" on featured products and/or services. No partial Points will be earned for purchase amounts less than one (1) U.S. dollar. You cannot earn points on orders placed through third-party delivery providers, such as UberEats or DoorDash. Points can only be earned twice in a one (1) hour period. Points are automatically added to a Member's account when purchase is completed via the App or the Website after signing in to the account. To earn Points for in-retail store purchases you can: (a) manually enter or scan the bar code on the receipt from your purchase with the built-in scanner in the App within seven (7) days of the purchase, (b) scan the QR code on your smartphone at the time of purchase with the scanner at the check-out counter, or (c) request the cashier look up your account via the phone number you used to sign up for the Program.<br><*https://www.jamba.com/legal#rewards-terms*> |
| 1.7 | (g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server; | *(g) detecting the **User ID Barcode** [SEE IMAGE of barcode] at the **vendor server** ["SERVER(S)"] and forwarding the ID Barcode and **purchase price** ["$7.19", "$8.69"] to said **User Vendor Management Server** ["SERVER(S)"].*<br><br>***For example, Jamba detects the User ID Barcode** at its **server** and then **records and forwards both the User ID and the purchase amounts** (for example, $7.19, $8.69) to the server for processing.* |
| | | ***User ID Barcode*** |



<https://play.google.com/store/apps/details?id=com.olo.jambajuice&referrer=utm_source%3DKochava%26utm_medium%3DappButtons%26utm_campaign%3DRewardsPage%26utm_term%3D%26utm_content%3D%26>

*purchase price*





**pumpkin smash**
$7.19  ·  290-575 cal

**pumpkin pie crunch**
$8.69  ·  470-855 cal

<*https://www.jamba.com/menu#smoothies*>

***User Vendor Management Server***

WE PROVIDE THE JAMBA ONLINE SERVICES "AS IS" WITHOUT WARRANTY OF ANY KIND AND WE DISCLAIM ALL WARRANTIES, WHETHER EXPRESS OR IMPLIED. FOR EXAMPLE, (I) JAMBA DISCLAIMS ALL WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE; (II) JAMBA NEITHER WARRANTS NOR REPRESENTS THAT YOUR USE OF MATERIALS DISPLAYED ON THE SITES AND APPS WILL NOT INFRINGE THE RIGHTS OF THIRD PARTIES; (III) JAMBA DOES NOT WARRANT THAT THE FUNCTIONS CONTAINED IN THE MATERIAL WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT THE SITES AND APPS OR THE SERVER(S) THAT MAKE THEM AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS; AND (IV) JAMBA DOES NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OF OR THE RESULT OF THE USE OF THE MATERIAL IN THE SITES AND APPS IN TERMS OF THEIR CORRECTNESS, ACCURACY, RELIABILITY, OR OTHERWISE. YOU (AND NOT JAMBA) ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR, OR CORRECTION. THE DISCLAIMERS IN THESE TERMS OF USE APPLY TO THE MAXIMUM EXTENT PERMITTED BY LAW. IF YOU HAVE STATUTORY RIGHTS OR WARRANTIES WE CANNOT DISCLAIM, THE DURATION OF ANY SUCH STATUTORILY REQUIRED RIGHTS OR WARRANTIES WILL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW.

<*https://www.jamba.com/legal*>

| 1.8 | (h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server; | *(h) comparing the **purchase price ["$7.19", "$8.69"]** with the funds in said **User Vendor Management Server ["SERVER(S)"]** to determine if there are available funds within the **credit limit ["POINTS AND REWARDS ARE CREDITS"]** in the **User Vendor Management Server ["SERVER(S)"]** account, and if there are, sending an **approval signal ["receipt"]** to the **vendor server ["SERVER(S)"]**.*<br><br>***For example, Jamba** compares the purchase amounts (for example, $7.19, $8.69) with the **available points and rewards credits** in the customer's account on the server.*<br><br>• *If there are enough credits, the system **authorizes the transaction** and **sends a receipt to the server**.* |
| | | ***purchase price***<br><br><br>*<https://www.jamba.com/menu#smoothies>* |
| | | ***User Vendor Management Server*** |

WE PROVIDE THE JAMBA ONLINE SERVICES "AS IS" WITHOUT WARRANTY OF ANY KIND AND WE DISCLAIM ALL WARRANTIES, WHETHER EXPRESS OR IMPLIED. FOR EXAMPLE, (I) JAMBA DISCLAIMS ALL WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE; (II) JAMBA NEITHER WARRANTS NOR REPRESENTS THAT YOUR USE OF MATERIALS DISPLAYED ON THE SITES AND APPS WILL NOT INFRINGE THE RIGHTS OF THIRD PARTIES; (III) JAMBA DOES NOT WARRANT THAT THE FUNCTIONS CONTAINED IN THE MATERIAL WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT THE SITES AND APPS OR THE SERVER(S) THAT MAKE THEM AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS; AND (IV) JAMBA DOES NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OF OR THE RESULT OF THE USE OF THE MATERIAL IN THE SITES AND APPS IN TERMS OF THEIR CORRECTNESS, ACCURACY, RELIABILITY, OR OTHERWISE. YOU (AND NOT JAMBA) ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR, OR CORRECTION. THE DISCLAIMERS IN THESE TERMS OF USE APPLY TO THE MAXIMUM EXTENT PERMITTED BY LAW. IF YOU HAVE STATUTORY RIGHTS OR WARRANTIES WE CANNOT DISCLAIM, THE DURATION OF ANY SUCH STATUTORILY REQUIRED RIGHTS OR WARRANTIES WILL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW.

<*https://www.jamba.com/legal*>

*credit limit*

ACCRUED POINTS AND REWARDS DO NOT CONSTITUTE PROPERTY OF A MEMBER AND HAVE NO VALUE OUTSIDE OF THE PROGRAM. POINTS AND REWARDS ARE CREDITS THAT JAMBA MAY REVOKE AT ANY TIME AS SET FORTH HEREIN. POINTS AND REWARDS ARE NOT TRANSFERABLE UPON DEATH, AS PART OF A DOMESTIC RELATIONS MATTER OR OTHERWISE. Each Member is responsible for ensuring that the information in the Member's Account is accurate and is kept current. If a Member believes that the Member's Account does not properly reflect Points or Rewards earned from engaging in any activities, the Member must contact Jamba to resolve the issue. Any attempt by any person to undermine the legitimate operation of the Program may be a violation of criminal and civil law, and, should such an attempt be made, Jamba reserves the right to seek damages from any such person to the fullest extent permitted by law. Jamba's failure to enforce any of these Jamba Rewards Terms shall not constitute a waiver of the affected provision, or any other provision. All questions or disputes regarding an individual's eligibility for the Program, the earning, crediting or use of Points or Rewards, or a Member's compliance with these Jamba Rewards Terms will be resolved by Jamba in its sole discretion.

<*https://www.jamba.com/legal#rewards-terms*>

*approval signal*

Members can earn Points by visiting participating Jamba retail stores in the United States and purchasing Jamba products or by placing an order via the App or the Website at participating Jamba's retail stores in the United States on dine-in, carry-out, or delivery, or catering pick-up (excluding the purchase or reloading of gift cards). Members will receive a certain number of "Points" for each U.S. dollar spent on Jamba Products (pre-taxes and fees, after applicable discounts, including Groupon or any other third party programs, rounded down to the nearest dollar), except during limited time promotions when Jamba may offer "Bonus Points" on featured products and/or services. No partial Points will be earned for purchase amounts less than one (1) U.S. dollar. You cannot earn points on orders placed through third-party delivery providers, such as UberEats or DoorDash. Points can only be earned twice in a one (1) hour period. Points are automatically added to a Member's account when purchase is completed via the App or the Website after signing in to the account. To earn Points for in-retail store purchases you can: (a) manually enter or scan the bar code on the receipt from your purchase with the built-in scanner in the App within seven (7) days of the purchase, (b) scan the QR code on your smartphone at the time of purchase with the scanner at the check-out counter, or (c) request the cashier look up your account via the phone number you used to sign up for the Program.

<*https://www.jamba.com/legal#rewards-terms*>

| 1.9 | (i) forwarding the approval signal to the vendor cash register; and | *(i) forwarding the **approval signal** ["receipt"] to the **vendor cash register** ["scan the bar code", SEE IMAGE of cash register].*<br><br>***For example, Jamba** sends the **receipt** back to the vendor's **cash register** so the purchase can be completed and confirmed.* |
|---|---|---|
| | | ***approval signal***<br><br>Members can earn Points by visiting participating Jamba retail stores in the United States and purchasing Jamba products or by placing an order via the App or the Website at participating Jamba's retail stores in the United States on dine-in, carry-out, or delivery, or catering pick-up (excluding the purchase or reloading of gift cards). Members will receive a certain number of "Points" for each U.S. dollar spent on Jamba Products (pre-taxes and fees, after applicable discounts, including Groupon or any other third party programs, rounded down to the nearest dollar), except during limited time promotions when Jamba may offer "Bonus Points" on featured products and/or services. No partial Points will be earned for purchase amounts less than one (1) U.S. dollar. You cannot earn points on orders placed through third-party delivery providers, such as UberEats or DoorDash. Points can only be earned twice in a one (1) hour period. Points are automatically added to a Member's account when purchase is completed via the App or the Website after signing in to the account. To earn Points for in-retail store purchases you can: (a) manually enter or scan the bar code on the receipt from your purchase with the built-in scanner in the App within seven (7) days of the purchase, (b) scan the QR code on your smartphone at the time of purchase with the scanner at the check-out counter, or (c) request the cashier look up your account via the phone number you used to sign up for the Program.<br><br>*<https://www.jamba.com/legal#rewards-terms>*<br><br>***vendor cash register*** |

Members can earn Points by visiting participating Jamba retail stores in the United States and purchasing Jamba products or by placing an order via the App or the Website at participating Jamba's retail stores in the United States on dine-in, carry-out, or delivery, or catering pick-up (excluding the purchase or reloading of gift cards). Members will receive a certain number of "Points" for each U.S. dollar spent on Jamba Products (pre-taxes and fees, after applicable discounts, including Groupon or any other third party programs, rounded down to the nearest dollar), except during limited time promotions when Jamba may offer "Bonus Points" on featured products and/or services. No partial Points will be earned for purchase amounts less than one (1) U.S. dollar. You cannot earn points on orders placed through third-party delivery providers, such as UberEats or DoorDash. Points can only be earned twice in a one (1) hour period. Points are automatically added to a Member's account when purchase is completed via the App or the Website after signing in to the account. To earn Points for in-retail store purchases you can: (a) manually enter or scan the bar code on the receipt from your purchase with the built-in scanner in the App within seven (7) days of the purchase, (b) scan the QR code on your smartphone at the time of purchase with the scanner at the check-out counter, or (c) request the cashier look up your account via the phone number you used to sign up for the Program.

<*https://www.jamba.com/legal#rewards-terms*>

| 1.10 | (i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode. | *(i) repeating steps (f) through (i) for subsequent* **purchase transactions** **["Transaction"]** *using said* **User ID Barcode** **[SEE IMAGE of barcode]**.<br><br>**For example, Jamba** *repeats* **steps (f) through (i) for each new purchase**, *using the* **same User ID Barcode** *to process transactions.* |
|---|---|---|
| | | ***purchase transactions***<br><br>   B.  Jamba reserves the right to remove Points from any account that has not had a Transaction in 12 months. A <u>Transaction</u> is defined as purchasing Jamba Products (excluding gift cards) via the Jamba Rewards Account.<br><br><*https://www.jamba.com/legal#rewards-terms*> |
| | | ***User ID Barcode*** |



<https://play.google.com/store/apps/details?id=com.olo.jambajuice&referrer=utm_source%3DKochava%26utm_medium%3DappButtons%26utm_campaign%3DRewardsPage%26utm_term%3D%26utm_content%3D%26>

|  |  | ● *PRODUCT/SERVICE = "Jamba"* |
|---|---|---|
|  |  | ● *approval signal = "receipt"*<br>● *credit limit = "POINTS AND REWARDS ARE CREDITS"*<br>● *depositing funds = "ACCRUED POINTS AND REWARDS"*<br>● *personal code =*<br>　*"PUNCHHBAhJIiY5MjUwNjczODpuYWRpYS5yYWhtYW45M0B5YWhvby5jb20*<br>　*GOgZFRg==79b228b78f96e33902f8060a04d41841bf046652PUNCHH"*<br>● *product barcode = SEE IMAGE of barcode*<br>● *product price = "$7.19", "$8.69"*<br>● *purchase goods = "purchasing Jamba Products"*<br>● *purchase price = "$7.19", "$8.69"*<br>● *purchase transactions = "Transaction"*<br>● *scanner = "scan the bar code", SEE IMAGE of scanner*<br>● *special character = DIFFERENT CODES, "P"*<br>● *User Account = "Jamba Rewards Account"*<br>● *User ID Barcode = SEE IMAGE of barcode*<br>● *User Vendor Management Server = "SERVER(S)"*<br>● *vendor cash register = "scan the bar code", SEE IMAGE of cash register*<br>● *vendor server = "SERVER(S)"* |