# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERNDISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>    Plaintiff, | Civil Action No. 2:26-cv-00021 |
| v. | |
| **JAMBA JUICE, LLC,**<br>    Defendant | JURY TRIAL DEMANDED |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Wolverine Barcode IP, LLC, ("Plaintiff") discloses that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of any stock.  Plaintiff shows as follows:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. Wolverine Barcode IP, LLC
2. Ramey LLP

DATED: January 9, 2026          Respectfully submitted,

**Ramey LLP**

By: */s/ William P. Ramey, III*
   William P. Ramey, III
   Texas Bar No. 24027643
   446 Heights Blvd., Suite 200
   Houston, Texas 77007
   (713) 426-3923 (telephone)
   (832) 900-4941 (fax)
   wramey@rameyfirm.com

***Attorneys for Wolverine Barcode IP, LLC***