# EXHIBIT A

| CASE NUMBER | CASE TITLE | COURT | DATE FILED |
|---|---|---|---|
| 4:26-cv-00016 | Wolverine Barcode IP, LLC v. Chipotle Mexican Grill, Inc. | Texas Western District Court | 01/08/2026 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |