AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Texas

| | | |
|---|---|---|
| WOLVERINE BARCODE IP, LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:26-cv-00021 |
| JAMBA JUICE, LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JAMBA JUICE, LLC
c/o Registered Agent
Corporation Service Company
2 Sun Court
Suite 400
Peachtree Corners, Georgia 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William P. Ramey, III
RAMEY LLP
446 Montrose Blvd.
Suite 200
Houston, Texas 77007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   **1/9/2026**

David A. O'Toole   ~ATTACHED~

*Signature of Clerk or Deputy Clerk*

SERVICE RETURN ATTACHED



ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  2:26-cv-00021

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

SERVICE RETURN ATTACHED

_____
*Server's address*

Additional information regarding attempted service, etc:


**ATX Process, LLC**
**1411 West 6th Street**
**Austin, TX 78703**

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Texas

Case Number: 2:26-CV-00021

Plaintiff:
**Wolverine Barcode IP, LLC**
vs.
Defendant:
**Jamba Juice, LLC**

For: Ramey LLP

Received these papers on the 2nd day of February, 2026 at 11:01 am to be served on **Jamba Juice, LLC by serving its registered agent, Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, Gwinnett County, GA 30092. I,** _____FRANK JAMES_____ , do hereby affirm that on the ___4___ day of ___FEBUARY___ , 20_26_ at 10_ _:14 a .m., executed service by delivering a true copy of the **Summons in a Civil Action with Plaintiff's Original Complaint for Patent Infringement, Exhibit A, and Exhibit B** in accordance with state statutes in the manner marked below:

[✓] CORPORATE SERVICE: By delivering to _____ALISA SMITH_____ (individual accepting) as ____REGISTERED AGENT____(title), at ____2 SUN COURT, SUITE 400____(street), PEACHTEE CORNERS (city), ___GA___(state) ___30092___(zip code) ___GWINNETT___ (county).

( ) PUBLIC AGENCY: By delivering to _____(individual accepting) as _____(title) of the within-named agency at _____ (street), _____(city), _____(state) _____(zip code) _____ (county).

( ) SUBSTITUTE SERVICE: By delivering to _____(individual accepting) as _____(relationship/title) at _____(street), _____(city), _____(state) _____(zip code) _____ (county).

( ) GOVERNMENT AGENCY: By delivering to _____(individual accepting) as _____(title) of the within-named agency at _____ (street), _____(city), _____(state) _____(zip code) _____ (county).

( ) NON SERVICE: For the reason detailed in the comments below.

COMMENTS:_____

_____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

My name is_____FRANK HUGH JAMES_____(First, Middle, Last)
I am at least 18 years old and my address is
___251 SPRINGS XING___(Street),___CANTON___(City),
___GEORGIA___(State), _30114_(Zip Code), CHEROKEE (Country).

I declare under penalty of perjury that the foregoing is true and correct.
Executed in ___CHEROKEE___ County, State of ___GEORGIA___, on the ___4___ day of ___FEBRUARY___ (Month), ___2026___ (Year).

PROCESS SERVER # _____179_____
Appointed in accordance with State Statutes

Our Job Serial Number: 2026001267
Ref: Wolverine v. Jamba Juice

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703
(512) 717-5600

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a