THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,** | |
| Plaintiff, | **Case No. 2:26-cv-00021** |
| v. | |
| **JAMBA JUICE, LLC,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

**PLAINTIFF'S ANSWER TO DEFENDANT BURGER KING COMPANY LLC'S, COUNTERCLAIMS**

Plaintiff Wolverine Barcode IP, LLC ("Wolverine" or "Plaintiff") files this Answer to Defendant Jamba Juice, LLC, ("Defendant")'s Counterclaims.

Plaintiff's responses 1 through 10 correspond to paragraphs 1-10 of the Defendant's counterclaims in ECF number 10.

**PARTIES**

1. Admitted.

2. Admitted.

**JURISDICTION**

3. No response is necessary.

4. Admitted.

5. Admitted.

6. Admitted.

**COUNT I: DECLARATION REGARDING NON-INFRINGEMENT**

7. No response is necessary.

8. Admitted.

9. Denied.

10. No response is necessary.

## JURY DEMAND

No Response is necessary. Both parties demand trial by jury.

## PRAYER FOR RELIEF

Plaintiff denies that Defendant is entitled to the relief it seeks in its Prayer.

## DEFENSES AND AFFIRMATIVE DEFENSES

Wolverine alleges and asserts the following defenses and affirmative defenses in response to the allegations in the Complaint. Regardless of how such defenses are listed herein, Wolverine undertakes the burden of proof only as to those defenses that are deemed affirmative defenses as a matter of law. In addition to the defenses described below, Wolverine reserves all rights to amend or supplement these defenses as additional facts become known.

- Defendant has failed to allege how it is entitled to relief under Rule 11 or § 1927; and,

- Defendant has failed to allege how it is entitled to relief under § 285.

## RESERVATION OF ADDITIONAL DEFENSES

Wolverine's investigation of this matter is ongoing. It reserves all defenses under the Federal Rules of Civil Procedure, the patent laws of the United States, other applicable state or federal laws, and any other defenses, at law or in equity, that may now exist or in the future be available based on discovery and further factual investigation in this case.

Respectfully submitted,

**RAMEY LLP**

*/s/William P. Ramey III*
William P. Ramey, III
Texas Bar No. 24027643
446 Heights Blvd., Suite 200
Houston, Texas 77007
(713) 426-3923 (telephone)
wramey@rameyfirm.com

**Attorneys for VDPP, LLC**

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of April 22, 2026, with a copy of the foregoing via the Court's CM/ECF system.

*/s/William P. Ramey III*
William P. Ramey, III